IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER M. PROVENCHER and
CY PROVENCHER SR.,

      Plaintiffs,                    No. CIV S-10-1911 GEB DAD PS

  v.

STEVEN GIANANDREA, et al.,
                                         ORDER
      Defendants.
_____/

        This matter came before the court on October 22, 2010, for hearing on the properly noticed motion to dismiss and to quash service filed by defendants Tim McArdle, Bonnie Garcia, and George Plescia. Julie Weng-Gutierrez, Esq. appeared specially on behalf of the moving defendants. Plaintiff Cy C. Provencher Sr., proceeding pro se in this matter, appeared on his own behalf. No appearance was made by plaintiff Jennifer M. Provencher, who is also proceeding pro se.

        For the reasons stated on the record, IT IS HEREBY ORDERED that:

        1. The motion to quash service filed by defendants Tim McArdle, Bonnie Garcia, and George Plescia (Doc. No. 13) is granted;

        2. Plaintiffs' attempted service of process prior to issuance of a summons is quashed as to each defendant upon whom plaintiffs attempted to serve their complaint;

1

3. After this order is served on counsel for the three specially appearing defendants, the Clerk shall modify the docket to reflect that no defendant has appeared in this action;

4. Plaintiffs shall make no further attempts to serve any defendant at the present time;

5. Within 30 days after this order is signed, plaintiff Cy Provencher Sr. shall complete and file an application to proceed in forma pauperis;

6. Upon the filing of plaintiff Cy Provencher Sr.'s in forma pauperis application, the court will rule on plaintiffs' in forma pauperis applications, screen plaintiffs' complaint, and make such further orders as are appropriate; and

7. Plaintiffs' motion for summary judgment (Doc. No. 16) is denied without prejudice as premature.

DATED: October 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\provencher1911.oah.102210